IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BANK OF AMERICA, N.A., )
)  Civil Action
       Plaintiff )  No. 09-cv-00705
)
  vs. )
)
COLONY PARK AT BENDERS CHURCH, )
  LP, )
)
       Defendant )

O R D E R

NOW, this 17th day of March, 2011, upon consideration of Plaintiff's Motion for Summary Judgment or, in the Alternative, Default Judgment filed June 21, 2010, which motion is unopposed; upon consideration of the pleadings, record papers, exhibits, affidavits and plaintiff's memorandum of law; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that plaintiff's motion for summary judgment is granted.

IT IS FURTHER ORDERED that judgment is entered in favor of plaintiff Bank of America, N.A. and against defendant Colony Park at Benders Church, LP in the amount of $3,654,689.93.

IT IS FURTHER ORDERED that plaintiff's motion in the alternative for default judgment is dismissed as moot.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge